IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIA FAVELA,<br><br>        Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.,<br><br>        Defendant. | **8:23CV16**<br><br>**ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE** |

This case is before the Court on the parties' Stipulation for Dismissal with Prejudice signed by both parties. Filing 24. The parties state that they have settled this lawsuit and stipulate to dismissal with prejudice, with each party to bear its own costs, and with complete record waived. Accordingly,

IT IS ORDERED that the parties' Stipulation for Dismissal with Prejudice, Filing 24, is granted, and all claims are dismissed with prejudice, with each party to bear its own costs, and with complete record waived.

Dated this 9th day of January, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge